

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re James Daniel Flores,                    * Original Mandamus Proceeding


No. 11-24-00173-CR                             * June 20, 2024


                                               * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)


This court has considered James Daniel Flores's petition for writ of mandamus and concludes that the petition should be dismissed in part for want of jurisdiction and denied in part. Any pending motions in this proceeding are denied or otherwise overruled. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed in part and denied in part.